| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/23/2022 |

UNITED STATES OF AMERICA,

-v-

EDUARDO ANTONIO RODRIGUEZ-PATINO,

Defendants.

22-cr-459 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Status Conference in this matter scheduled for November 28, 2022 at 11:00 AM is ADJOURNED to December 2, 2022 at 10:00 AM.

On the application of the Government, it is FURTHER ORDERED that, in the interest of justice, all time from today to December 2, 2022 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to discuss a potential pretrial disposition of this matter. Defendant consents to the exclusion of time. [ECF No. 18.]

**SO ORDERED.**

Date: **November 23, 2022**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**