```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDUARDO ANTONIO RODRIGUEZ-PATINO,

Defendants.

22-cr-459 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from *Curcio* counsel filed on November 29, 2022. [ECF No. 20.]  The request by *Curcio* counsel to adjourn the December 2, 2022 Status Conference is GRANTED.  IT IS HEREBY ORDERED that the Status Conference scheduled for December 2, 2022 at 10:00 AM is ADJOURNED to December 9, 2022 at 10:30 AM.  *Curcio* counsel is reminded that they have been retained as independent counsel for purposes of aiding the Defendant in assessing the potential conflict of interest in this matter.  *Curcio* counsel are *not* substitute counsel for the Defendant.

On the application of the Defendant, it is FURTHER ORDERED that, in the interest of justice, all time from today to December 9, 2022 is excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for *Curcio* counsel to confer with Defendant regarding a potential conflict of interest in advance of the *Curcio* hearing.  The Government consents to the exclusion of time.  [ECF No. 20.]

The Clerk of Court is respectfully requested to terminate docket entry 20.

**SO ORDERED.**

Date:  November 29, 2022
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**