```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDUARDO ANTONIO RODRIGUEZ-PATINO,

Defendants.

22-cr-459 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from *Curcio* counsel filed on December 7, 2022. [ECF No. 22.] The request by *Curcio* counsel to adjourn the December 9, 2022 Status Conference is GRANTED. The Status Conference scheduled for December 9, 2022 at 10:30 AM is ADJOURNED to January 20, 2023 at 10:30 AM.

On the application of the Defendant, it is HEREBY ORDERED that, in the interest of justice, all time from today to January 20, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the Defendant to engage new counsel and for that new counsel to review the facts and circumstances of this case. The Government consents to the exclusion of time. [ECF No. 22.]

The Clerk of Court is respectfully requested to terminate docket entry 22.

**SO ORDERED.**

Date:  December 7, 2022
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**