```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDUARDO ANTONIO RODRIGUEZ-PATINO,

                Defendant.

22-cr-459 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the Government filed on January 13, 2023. [ECF No. 24.] At the request of both parties, the January 20, 2023 Status Conference is ADJOURNED to March 21, 2023 at 11:00 AM.

On the application of the Government, it is HEREBY ORDERED that, in the interest of justice, all time from today to March 21, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the Defendant's newly retained counsel to familiarize himself with this case and for the parties to discuss a pre-trial resolution of this matter. The Defendant consents to the exclusion of time. [ECF No. 24.]

**SO ORDERED.**

Date: **January 13, 2023**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**