```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDUARDO ANTONIO RODRIGUEZ-PATINO,

Defendant.

22-cr-459 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the Defendant filed on May 4, 2023. [ECF No. 29], and a letter filed on May 5, 2023 [ECF No. 30]. At the request of both parties, the May 9, 2023 Status Conference is ADJOURNED to June 27, 2023 at 10:30 AM.

On the application of both parties, it is HEREBY ORDERED that, in the interest of justice, all time from today to June 27, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for Defendant's counsel to provide material to the Government, and for the parties to continue discussing a pre-trial resolution of this matter. The Defendant consents to the exclusion of time. [ECF No. 30.]

**SO ORDERED.**

*Mary Kay Vyskocil*

**Date: May 5, 2023**         **MARY KAY VYSKOCIL**
**New York, NY**              **United States District Judge**