| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/29/2023 |

UNITED STATES OF AMERICA,

-v-

EDUARDO ANTONIO RODRIGUEZ-PATINO,

                              Defendant.

22-cr-459 (MKV)

**SCHEDULING ORDER**

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of a letter from the Defendant filed on September 27, 2023. [ECF No. 36]. At the request of both parties, the October 2, 2023 Status Conference is ADJOURNED to November 16, 2023 at 2:00 PM.

On the application of the Defendant, it is HEREBY ORDERED that, in the interest of justice, all time from today to November 16, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to continue discussing a pre-trial resolution of this matter. The Defendant consents to the exclusion of time. [ECF No. 36].

**SO ORDERED.**

Date: **September 29, 2023**
      **New York, NY**

                                              */s/ Mary Kay Vyskocil*
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**