```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDUARDO ANTONIO RODRIGUEZ-PATINO,

Defendant.

22-cr-459 (MKV)

**SCHEDULING ORDER**

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of a letter from the Defendant filed on November 13, 2023. [ECF No. 38]. At the request of both parties, the November 16, 2023 Status Conference is ADJOURNED to February 6, 2024 at 11:00 AM.

On the application of the Defendant, it is HEREBY ORDERED that, in the interest of justice, all time from today to February 6, 2024 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to continue discussing a pre-trial resolution of this matter. The Defendant consents to the exclusion of time. [ECF No. 38].

**SO ORDERED.**

Date: **November 13, 2023**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**