| |
|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/25/2024 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDUARDO ANTONIO RODRIGUEZ-PATINO,

                    Defendant.

22-cr-459 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the Defendant filed on April 25, 2024.  [ECF No. 44].  At the request of the Defendant, with the consent of the Government, the change-of-plea hearing scheduled for April 29, 2024 at 11:00 AM is ADJOURNED to June 10, 2024 at 11:00 AM.

      On the application of both parties, it is HEREBY ORDERED that, in the interest of justice, all time from today to June 11, 2024 is excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to finalize the details of a pretrial resolution of this matter.  The Defendant consents to the exclusion of time.  [ECF No. 44].

**SO ORDERED.**

**Date:  April 25, 2024**
      **New York, NY**

      _____
      **MARY KAY VYSKOCIL**
      **United States District Judge**