UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/18/2024
```

UNITED STATES OF AMERICA,

-against-

EDUARDO ANTONIO RODRIGUEZ - PATINO

Defendant

1:22-cr-459 (MKV)

**ORDER**

**MARY KAY VYSKOCIL**, United States District Judge

IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United States Marshal.

SO ORDERED.
JUNE 18th, 2024

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE