# BRUNO & FERRARO LLP

A LIMITED LIABILITY PARTNERSHIP
COUNSELORS AT LAW

301 Route 17 North ◦ Suite 211 ◦ Rutherford, NJ 07070
(201) 460-9494 ◦ Fax (201) 460-0276
www.brunoferraro.com

Robert A. Ferraro
John J. Bruno, Jr.*▲

Ike R. Gavzy (1954-2011)
John F. Latoracca (1961-2020)

Jonathan J. Bruno
John W. Ferraro
Mark H. Ranges
Kenneth Ralph▪

Edward J. De Fazio•
Of Counsel

* Member NJ and PA Bar
▲ Member, U.S. District Court
  Southern, Eastern and Northern Districts of N.Y.
  Eastern District of PA
▪ Certified Criminal Trial Attorney
• Member NJ and NY Bar

September 18, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025
```

Honorable Mary Kay Vyskocil, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: USA v. Eduardo Rodriguez-Patino
        Docket No. 22 CR 459

Dear Judge Vyskocil:

    Enclosed herewith please find Order regarding the above matter. I am respectfully requesting that you authorize release of Eduardo Rodriguez-Patino's passport to his partner, Anyeli Figueroa. It is my understanding that his passport is needed for deportation purposes.

    If same meets with Your Honor's approval kindly provide my office with a signed copy. Thank you.

Very respectfully yours,

BRUNO & FERRARO, ESQS.

*/s/ John J. Bruno, Jr.*

John J. Bruno, Jr.

JJB/bg
cc: Marguerite Colson, AUSA via email

---

DENIED without prejudice. The Court is not inclined to release Mr. Rodriguez-Patino's passport to a "partner" without further detail.
IT IS HEREBY ORDERED that the Government shall advise the Court on or before September 19, 2025 regarding whether Mr. Rodriguez-Patino's passport is needed to facilitate his deportation.
SO ORDERED.

Date: 9/18/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge